UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON DERRICK,<br><br>            Plaintiff,<br><br>      v.<br><br>PROFESSIONAL SERVICE BUREAU, INC.,<br><br>            Defendant. | No. CV-12-332-EFS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND CLOSING FILE** |

    On December 12, 2012, the parties filed a joint motion to dismiss. ECF No. 17. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A), **IT IS HEREBY ORDERED**:

    1.    The parties' Joint Motion to Dismiss, **ECF No. 17**, is **GRANTED**.

    2.    The Complaint, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

    3.    All pending hearing dates and deadlines are **STRICKEN**.

    4.    The Clerk's Office shall **CLOSE** this file.

    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and to provide copies to all counsel.

    **DATED** this 12th day of December 2012.

                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                  Senior United States District Judge

Q:\EFS\Civil\2012\332.settle.close.lc2.wpd

ORDER CLOSING FILE - 1